# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-24-00532-CV

**Anthony Garza, Appellant**

**v.**

**H-E-B, LP, Appellee**

FROM THE 250TH DISTRICT COURT OF TRAVIS COUNTY
NO. D-1-GN-23-001559, THE HONORABLE AMY CLARK MEACHUM, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Anthony Garza attempts to appeal the district court's order granting a final summary judgment in favor of H-E-B, LP. Because appellant has failed to perfect a timely appeal, we will dismiss the appeal for want of jurisdiction.

The trial court granted the final summary judgment on April 26, 2024. Appellant's notice of appeal was due to be filed on or before May 27, 2024. *See* Tex. R. App. P. 26.1(a)(1). The notice of appeal was not filed until August 15, 2024, eighty days late. No timely motion for extension of time was filed.[1] The clerk's office notified appellant of this problem and requested proof of timely mailing of the notice of appeal. *See id.* 9.2(b), (c). In response, appellant stated that he had a medical procedure that had disrupted his ability to "function on a normal routine"

---

[1] Because appellant filed the notice of appeal more than fifteen days late, the instrument itself cannot serve as an implied motion for extension of time. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997).

from late May 2024 until thirty days thereafter. Appellant did not provide proof that his notice of appeal was filed timely or at any time prior to August 15, 2024. Because a late-filed notice of appeal does not confer jurisdiction on this Court, we must dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 2 (court may not alter time for perfecting appeal); *Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997).

_____

Thomas J. Baker, Justice

Before Justices Baker, Smith, and Theofanis

Dismissed for Want of Jurisdiction

Filed: November 15, 2024